NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

RICHARD FREDRIC EDWARDS, *Petitioner.*

No. 1 CA-CR 24-0101 PRPC

FILED 02-25-2025

Petition for Review from the Superior Court in Yavapai County
No. P1300CR201801115
The Honorable Krista M. Carman, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Philip D. Garrow
*Counsel for Respondent*

Richard Fredric Edwards, Kingman
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Michael S. Catlett, Judge Daniel J. Kiley, and Judge David D. Weinzweig delivered the decision of the Court.

---

**PER CURIAM**:

**¶1** Petitioner Richard Fredric Edwards seeks review of the superior court's order denying his petition for post-conviction relief. This is Petitioner's second petition.

**¶2** Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *See State v. Gutierrez*, 229 Ariz. 573, 576–77 ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3** We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that Petitioner has not established an abuse of discretion.

**¶4** We grant review and deny relief.

